## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## Philadelphia Division

| | |
|---|---|
| Nicholas R. Algier,<br><br>*Debtor*. | Case No. 26-12924-PMM<br>Chapter 13 |

### Motion to Extend the Automatic Stay

Debtor Nicholas R. Algier, through his attorney, moves this Court as follows:

1. The Debtor filed a bankruptcy petition on July 10, 2026. He has filed a plan and all schedules, statements, and other documents required by 11 U.S.C.§521(a)(1) and Fed. R. Bankr. P. 1007(b).

2. The Debtor was involved in only one active bankruptcy between July 11, 2025, and July 10, 2026:

| Case No. | District | Filed | Dismissed | Reason |
|---|---|---|---|---|
| 24-12841 | PAEB | 08/14/2024 | 07/07/2026 | Failure to make plan payments |

3. Because the Debtor was involved in only one active bankruptcy between July 11, 2025, and July 10, 2026, the automatic stay is set to expire on August 9, 2026. 11 U.S.C. § 362(c)(3)(A).

4. The Court may extend the automatic stay when a case is filed in good faith as to the creditors to be stayed. Good faith means that there are new circumstances demonstrating that the Debtors can probably reach the end of a chapter 13 plan. *In re Legree*, 285 B.R. 615, 620 (Bankr. E.D. Pa. 2002).

5. This case was filed in good faith. The Debtor has obtained new employment compensating him roughly 59% more yearly salary than the employment he maintained during the pendency of his prior case, and he is no longer dependent on earning commissions in order to afford his plan payments like he was in his prior case.

6. Because this case was filed in good faith, the Court must continue the automatic stay against all creditors until the Debtors receive a discharge.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtors' favor if necessary and proper under the law.

Date: July 16, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____

Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

2