# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# Philadelphia Division

| | |
|---|---|
| Nicholas R. Algier, <br><br> *Debtor*. | Case No. 26-12924-PMM <br> Chapter 13 |

## Notice of Motion to Extend the Automatic Stay, Response Deadline, and Hearing Date

A Motion to Extend the Automatic Stay has been filed with the court by the Debtor in the above matter for the reasons stated in the motion.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may want to consult one.**

**If you do not want the court to grant the relief sought in the motion** or you want the court to consider your views, you must file a response on or before **Thursday, July 30, 2026.**

An in-person evidentiary hearing on the motion is scheduled to be held **Wednesday, August 5, 2026, at 1:00 PM** before **U.S. Bankruptcy Judge Patricia M. Mayer** in Courtroom #3, Robert N.C. Nix, Sr., Federal Building, 900 Market Street, 2nd Floor, Philadelphia, PA, 19107.

**If you do not file a response, the court may cancel the hearing and enter an order granting the relief requested in the motion.** You may contact the clerk of court at 215-408-2800 to find out whether the hearing has been canceled. If a copy of the motion is not enclosed, a copy will be provided to you if you request one from the attorney listed below.

### How to File a Response

If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically. If you are not required to file electronically, you must file your response at U.S. Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107. If you mail your response, you must mail it early enough so that it will be received by the court on or before the deadline.

Date: July 16, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com