# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
## Philadelphia Division

Nicholas R. Algier,

*Debtor.*

Case No. 26-12924
Chapter 13

### AFFIDAVIT OF DEBTOR IN SUPPORT OF MOTION TO EXTEND AUTOMATIC STAY

1. I am the debtor in this bankruptcy case.

2. I previously filed a Chapter 13 bankruptcy case on August 14, 2024.

3. My prior case docketed as 24-12841-PMM was pending within the last year.

4. My prior case was dismissed for failure to make plan payments.

5. My high income in my prior case was determined largely based on the uncertain commissions I received from my employer where applicable. I fell behind on my plan payments because I received little to no commissions for a period lasting longer than six months, leaving me with insufficient funds to use to make my plan payments.

6. I left my old employment near the end of my prior case, and I obtained new employment the week my current case was filed, prior to its filing. My new employment comes with a roughly 59% increase in my base salary as compared to my old employment, and I will not be dependent on commissions to make ends meet. My new salary will allow me to afford both my family's living expenses and the monthly payment to the Chapter 13 Trustee in my current case.

7. I can state in good faith, with confidence, that I believe I can see my current bankruptcy through to completion successfully.

8. I certify under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Date: July 16, 2026

Nicholas R. Algier, Debtor