# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Nicholas R. Algier,<br><br>       *Debtor*. | Case No. 26-12924-PMM<br>Chapter 13 |

### Certificate of Service

I, Michael A. Cibik, certify that on July 16, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

- Motion to Extend the Automatic Stay and Proposed Order

- Notice of Motion to Extend the Automatic Stay

- Affidavit in Support of Motion to Extend the Automatic Stay

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: July 16, 2026

*/s/ Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**

Robert NC Nix, Sr. Federal Building 900
Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**

190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

**Method of Service - First Class Mail:**

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Service Finance Company
Attn: Bankruptcy
PO Box 2935
Gainesville, GA 30503

Aspire Credit Card
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348-5555

Jefferson Capital Systems, LLC
Attn: Bankruptcy
P.O. Box 7999
Saint Cloud, MN 56302-9617

TH MSR Holdings LLC
c/o RoundPoint Mortgage Servicing LLC
446 Wrenplace Rd
Fort Mill, SC 29715-0200

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

LVNV Funding, LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Barclays Bank Delaware
Attn: Bankruptcy
125 S West St
Wilmington, DE 19801-5014

Montgomery Township
Attn: Bankruptcy
P.O. Box 690
Montgomeryville, PA 18936

Chase Card Services
Po Box 15298
Wilmington, DE 19850-5298

Pennsylvania Dept. of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0027

Police & Fire Federal Credit Union
One Greenwood Square
3333 Street Rd
Bensalem, PA 19020-2051

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Resurgent Capital Services
Attn: Bankruptcy
PO Box 10587
Greenville, SC 29603

Discover Bank
PO Box 3025
New Albany, OH 43054-3025

Resurgent Receivables, LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603