## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Nicholas R. Algier,<br><br><div align="center">*Debtor*.</div> | Case No. 26-12924-PMM<br>Chapter 13 |

### Certificate of No Answer, Objection, or Other Responsive Pleading

I, Michael A. Cibik, Esquire, hereby certify that:

1. A true and correct copy of the Motion to Extend the Automatic Stay, Proposed Order, Notice of Motion to Extend the Automatic Stay, and Affidavit of Debtor in Support of the Motion was served to all interested parties via CM/ECF or via First Class Mail.

2. Pursuant to the notice filed with the motion, responses to the motion were to be filed and served on or before July 30, 2026.

3. That as of the date hereof, no answer, objection, or request for a hearing has been filed with the Clerk's Office or served on the undersigned.

**WHEREFORE**, the undersigned respectfully requests an Order be entered.

Date: July 31, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com