UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Nicholas R Algier<br>Debtor<br><br>RoundPoint Mortgage Servicing LLC as Servicer for TH MSR Holdings LLC<br>v.<br><br>Nicholas R. Algier<br>Kenneth E. West<br>Respondents | CASE NO.: 26-12924-pmm<br><br>CHAPTER 13<br><br>Judge: Patricia M. Mayer<br><br>Hearing Date: 10/13/2026<br><br>Objection Deadline: 10/06/2026 |

**OBJECTION TO CONFIRMATION OF PLAN**

**PLEASE TAKE NOTICE** that RoundPoint Mortgage Servicing LLC as Servicer for TH MSR Holdings LLC ("Secured Creditor"), the holder of a mortgage on real property of the Debtor, located at 86 King Way, Royersford, PA 19468, by and through its undersigned attorneys, hereby objects to the confirmation of the Chapter 13 Plan on grounds including:

1. Debtor filed a Chapter 13 Plan (DOC.:6) on July 13, 2026.
2. Debtor`s proposed plan is insufficient to provide for the claim of Secured Creditor. The objecting creditor is due arrears of approximately $12,761.64 to be set forth in a Claim to be filed by the Claims Deadline; however the plan only provides for arrears in the amount of $2,611.86.

In the event any portion of the claim is deemed to be an unsecured claim as defined by the Code, objection is hereby made pursuant to 11 U.S.C. 1325(a)(4) and 1325(b), *et seq.* unless the plan provides for full payment of the claim.

Dated: August 20, 2026

By: /s/ Lauren M. Moyer
Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for RoundPoint Mortgage Servicing LLC
as Servicer for TH MSR Holdings LLC
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nicholas R Algier<br>Debtor<br><br>RoundPoint Mortgage Servicing LLC as Servicer for TH MSR Holdings LLC<br>v.<br><br>Nicholas R. Algier<br>Kenneth E. West<br>Respondents | CASE NO.: 26-12924-pmm<br><br>CHAPTER 13<br><br>Judge: Patricia M. Mayer<br><br>Hearing Date: 10/13/2026<br><br>Objection Deadline: 10/06/2026 |

**CERTIFICATE OF SERVICE OF OBJECTION TO CONFIRMATION OF PLAN**

I certify under penalty of perjury that I caused to be served the above-captioned pleading on the parties at the addresses specified below or on the attached list on August 20, 2026 .

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail and electronic notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail are listed under the heading "Service by First-Class Mail."

EXECUTED ON: August 20, 2026

By: /s/ Lauren M. Moyer
Lauren M. Moyer, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for RoundPoint Mortgage Servicing LLC as Servicer for TH MSR Holdings LLC
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

**Service by Regular Mail**

Nicholas R. Algier
86 King Way
Royersford, PA 19468-4311
Bankruptcy Debtor

**Service by NEF**

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
Attorney

U.S. Trustee
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
United States Trustee