# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
## Philadelphia Division

| | |
|---|---|
| Nicholas R. Algier,<br><br>*Debtor*. | Case No. 26-12924-PMM<br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on August 20, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: August 20, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900
Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**TH MSR Holdings LLC**
c/o RoundPoint Mortgage Servicing LLC
446 Wrenplace Rd
Fort Mill, SC 29715-0200

**Method of Service - First Class Mail:**

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Montgomery Township
Attn: Bankruptcy
P.O. Box 690
Montgomeryville, PA 18936

Pennsylvania Dept. of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Police & Fire Federal Credit Union
One Greenwood Square
3333 Street Rd
Bensalem, PA 19020-2051