[redacted]

# Earnings Statement

*ADP, INC.*
*ONE ADP DRIVE*
*MS CORP 003*
*AUGUSTA, GA 30909*

Period Beginning: 06/15/2026
Period Ending: 06/28/2026
Pay Date: 07/02/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

**NICHOLAS ROBERT ALGIER**
**86 KING WAY**
**ROYERSFORD PA 19468**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Term Vacation | 51.1327 | 88.02 | 4,500.70 | 4,500.70 |
| Regular | | | | 51,337.26 |
| Car Allowance | | | | 2,450.00 |
| Commission | | | | 26,170.20 |
| Holiday | | | | 1,636.24 |
| Personal | | | | 818.12 |
| Recgntn Bonus | | | | 250.00 |
| Vacation | | | | 1,840.78 |
| **Gross Pay** | | | **$4,500.70** | 89,003.30 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -990 .15 | 8,726.80 |
| | Social Security Tax | -279 .05 | 5,247.42 |
| | Medicare Tax | -65 .26 | 1,227.22 |
| | PA State Income Tax | -138 .17 | 2,593.20 |
| | Upper Dublin Income Tax | -45 .01 | 844.71 |
| | PA SUI Tax | -3 .15 | 62.30 |
| | Upper Dublin Local Svc Tax | | 28.00 |
| | **Other** | | |
| | Dental | | 987.86 |
| | Ltd | | 126.78 |
| | Medical | | 3,338.38 |
| | Pers Accident | | 34.36 |
| | Vision | | 173.63 |
| | 401(K) Loan 1 | | 1,327.48 |
| | 401(K) Loan 2 | | 3,309.60 |
| | **Net Pay** | **$2,979.91** | |

| Other | this period | year to date |
|---|---|---|
| Checking | -2 ,979.91 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $4,500.70

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | | 166.67 |
| Hsa Er Memo | | 592.34 |
| Basis of Pay | | Salaried |
| Associate Id | | 429454 |

## Important Notes

FOR QUESTIONS, PLEASE CONTACT THE GLOBAL HR SHARED SERVICES CENTER AT 1-877-ADP-HR11.

FOR COMMISSIONED ASSOCIATES ONLY, CLICK OR GO TO HTTPS://SALESBEACON.ADP.COM/ FOR YOUR STATEMENT.

LEGAL ENTITY: ADP INC, ONE ADP BLVD, ROSELAND, NJ 07068

## Additional Tax Withholding Information

Taxable Marital Status:
PA: Married

© 2000 ADP, Inc.

ADP, INC.
ONE ADP BLVD
ROSELAND, NJ 07068

**Advice number:** **00000270305**
Pay date: 07/02/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **NICHOLAS ROBERT ALGIER** | xxxxxx0143 | xxxx xxxx | $2,979.91 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

[redacted]

# Earnings Statement

*ADP, INC.*
*ONE ADP DRIVE*
*MS CORP 003*
*AUGUSTA, GA 30909*

Period Beginning: 06/15/2026
Period Ending: 06/21/2026
Pay Date: 06/26/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

**NICHOLAS ROBERT ALGIER**
**86 KING WAY**
**ROYERSFORD PA 19468**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Commission | | | 704.34 | 26,170.20 |
| Regular | | | | 49,291.95 |
| Car Allowance | | | | 2,100.00 |
| Holiday | | | | 1,227.18 |
| Personal | | | | 818.12 |
| Recgntn Bonus | | | | 250.00 |
| Vacation | | | | 1,840.78 |
| **Gross Pay** | | | **$704.34** | 81,698.23 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -154.95 | 7,730.51 |
| Social Security Tax | -43.67 | 4,798.39 |
| Medicare Tax | -10.21 | 1,122.20 |
| PA State Income Tax | -21.62 | 2,371.20 |
| Upper Dublin Income Tax | -7.04 | 772.39 |
| PA SUI Tax | -0.49 | 57.19 |
| Upper Dublin Local Svc Tax | | 26.00 |

| Other | this period | year to date |
|---|---|---|
| Dental | | 971.88 |
| Ltd | | 124.87 |
| Medical | | 3,284.04 |
| Pers Accident | | 33.80 |
| Vision | | 170.82 |
| 401(K) Loan 1 | | 1,247.36 |
| 401(K) Loan 2 | | 3,073.20 |
| **Net Pay** | **$466.36** | |
| Checking | -466.36 | |

**Net Check $0.00**

Your federal taxable wages this period are $704.34

## Other Benefits and Information

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | | 155.74 |
| Hsa Er Memo | | 550.03 |
| Basis of Pay | | Salaried |
| Associate Id | | 429454 |

## Important Notes

FOR QUESTIONS, PLEASE CONTACT THE GLOBAL HR SHARED SERVICES CENTER AT 1-877-ADP-HR11.

FOR COMMISSIONED ASSOCIATES ONLY, CLICK OR GO TO HTTPS://SALESBEACON.ADP.COM/ FOR YOUR STATEMENT.

LEGAL ENTITY: ADP INC, ONE ADP BLVD, ROSELAND, NJ 07068

## Additional Tax Withholding Information

Taxable Marital Status:
PA: Married

© 2000 ADP, Inc.

ADP, INC.
ONE ADP BLVD
ROSELAND, NJ 07068

**Advice number:** **00000260210**
Pay date: 06/26/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **NICHOLAS ROBERT ALGIER** | xxxxxx0143 | xxxx xxxx | $466.36 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

[redacted]

# Earnings Statement

*ADP, INC.*
*ONE ADP DRIVE*
*MS CORP 003*
*AUGUSTA, GA 30909*

Period Beginning: 06/01/2026
Period Ending: 06/14/2026
Pay Date: 06/18/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

**NICHOLAS ROBERT ALGIER**
**86 KING WAY**
**ROYERSFORD PA 19468**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 51.1327 | 76.00 | 3,886.09 | 49,291.95 |
| Vacation | 51.1327 | 4.00 | 204.53 | 1,840.78 |
| Car Allowance | | | | 2,100.00 |
| Commission | | | | 25,465.86 |
| Holiday | | | | 1,227.18 |
| Personal | | | | 818.12 |
| Recgntn Bonus | | | | 250.00 |
| **Gross Pay** | | | **$4,090.62** | 80,993.89 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -127.96 | 7,575.56 |
| | Social Security Tax | -232.92 | 4,754.72 |
| | Medicare Tax | -54.47 | 1,111.99 |
| | PA State Income Tax | -115.00 | 2,349.58 |
| | Upper Dublin Income Tax | -37.46 | 765.35 |
| | Upper Dublin Local Svc Tax | -2.00 | 26.00 |
| | PA SUI Tax | -2.87 | 56.70 |
| | **Other** | | |
| | Dental | -74.76* | 971.88 |
| | Ltd | -8.95 | 124.87 |
| | Medical | -254.28* | 3,284.04 |
| | Pers Accident | -2.60* | 33.80 |
| | Vision | -13.14* | 170.82 |
| | 401(K) Loan 1 | -80.12 | 1,247.36 |
| | 401(K) Loan 2 | -236.40 | 3,073.20 |
| | **Net Pay** | **$2,847.69** | |
| | Checking | -2,847.69 | |

**Net Check $0.00**

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $3,745.84

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 10.93 | 155.74 |
| Hsa Er Memo | 42.31 | 550.03 |

Basis of Pay: Salaried
Associate Id: 429454

## Important Notes

FOR QUESTIONS, PLEASE CONTACT THE GLOBAL HR SHARED SERVICES CENTER AT 1-877-ADP-HR11.

FOR COMMISSIONED ASSOCIATES ONLY, CLICK OR GO TO HTTPS://SALESBEACON.ADP.COM/ FOR YOUR STATEMENT.

LEGAL ENTITY: ADP INC, ONE ADP BLVD, ROSELAND, NJ 07068

## Additional Tax Withholding Information

Taxable Marital Status:
PA: Married

© 2000 ADP, Inc.

ADP, INC.
ONE ADP BLVD
ROSELAND, NJ 07068

**Advice number:** **00000250299**
Pay date: 06/18/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| NICHOLAS ROBERT ALGIER | xxxxxx0143 | xxxx xxxx | $2,847.69 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

[redacted]

# Earnings Statement

ADP

*ADP, INC.*
*ONE ADP DRIVE*
*MS CORP 003*
*AUGUSTA, GA 30909*

Period Beginning: 05/18/2026
Period Ending: 05/31/2026
Pay Date: 06/05/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

**NICHOLAS ROBERT ALGIER**
**86 KING WAY**
**ROYERSFORD PA 19468**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 51.1327 | 72.00 | 3,681.55 | 45,405.86 |
| Car Allowance | | | 350.00 | 2,100.00 |
| Holiday | 51.1327 | 8.00 | 409.06 | 1,227.18 |
| Commission | | | | 25,465.86 |
| Personal | | | | 818.12 |
| Recgntn Bonus | | | | 250.00 |
| Vacation | | | | 1,636.25 |
| **Gross Pay** | | | **$4,440.61** | 76,903.27 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -169.96 | 7,447.60 |
| | Social Security Tax | -254.62 | 4,521.80 |
| | Medicare Tax | -59.55 | 1,057.52 |
| | PA State Income Tax | -125.74 | 2,234.58 |
| | Upper Dublin Income Tax | -40.96 | 727.89 |
| | Upper Dublin Local Svc Tax | -2.00 | 24.00 |
| | PA SUI Tax | -3.11 | 53.83 |
| **Other** | | | |
| | Dental | -74.76* | 897.12 |
| | Ltd | -8.95 | 115.92 |
| | Medical | -254.28* | 3,029.76 |
| | Pers Accident | -2.60* | 31.20 |
| | Vision | -13.14* | 157.68 |
| | 401(K) Loan 1 | -80.12 | 1,167.24 |
| | 401(K) Loan 2 | -236.40 | 2,836.80 |
| | **Net Pay** | **$3,114.42** | |
| | Checking | -3,114.42 | |

**Net Check $0.00**

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $4,095.83

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 10.93 | 144.81 |
| Hsa Er Memo | 42.31 | 507.72 |

Basis of Pay: Salaried
Associate Id: 429454

## Important Notes

FOR QUESTIONS, PLEASE CONTACT THE GLOBAL HR SHARED SERVICES CENTER AT 1-877-ADP-HR11.

FOR COMMISSIONED ASSOCIATES ONLY, CLICK OR GO TO HTTPS://SALESBEACON.ADP.COM/ FOR YOUR STATEMENT.

LEGAL ENTITY: ADP INC, ONE ADP BLVD, ROSELAND, NJ 07068

## Additional Tax Withholding Information

Taxable Marital Status:
PA: Married

© 2000 ADP, Inc.

ADP, INC.
ONE ADP BLVD
ROSELAND, NJ 07068

**Advice number:** **00000230300**
Pay date: 06/05/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **NICHOLAS ROBERT ALGIER** | xxxxxx0143 | xxxx xxxx | $3,114.42 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

[redacted]

# Earnings Statement

ADP

*ADP, INC.*
*ONE ADP DRIVE*
*MS CORP 003*
*AUGUSTA, GA 30909*

Period Beginning: 05/04/2026
Period Ending: 05/17/2026
Pay Date: 05/22/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

**NICHOLAS ROBERT ALGIER**
**86 KING WAY**
**ROYERSFORD PA 19468**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 51.1327 | 80.00 | 4,090.62 | 41,724.31 |
| Car Allowance | | | | 1,750.00 |
| Commission | | | | 25,465.86 |
| Holiday | | | | 818.12 |
| Personal | | | | 818.12 |
| Recgntn Bonus | | | | 250.00 |
| Vacation | | | | 1,636.25 |
| **Gross Pay** | | | **$4,090.62** | 72,462.66 |

| **Deductions** | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -127.96 | 7,277.64 |
| | Social Security Tax | -232.92 | 4,267.18 |
| | Medicare Tax | -54.47 | 997.97 |
| | PA State Income Tax | -115.00 | 2,108.84 |
| | Upper Dublin Income Tax | -37.46 | 686.93 |
| | Upper Dublin Local Svc Tax | -2.00 | 22.00 |
| | PA SUI Tax | -2.86 | 50.72 |
| | **Other** | | |
| | Dental | -74.76* | 822.36 |
| | Ltd | -8.95 | 106.97 |
| | Medical | -254.28* | 2,775.48 |
| | Pers Accident | -2.60* | 28.60 |
| | Vision | -13.14* | 144.54 |
| | 401(K) Loan 1 | -80.12 | 1,087.12 |
| | 401(K) Loan 2 | -236.40 | 2,600.40 |
| | **Net Pay** | **$2,847.70** | |
| | Checking | -2,847.70 | |

**Net Check $0.00**

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $3,745.84

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Group Term Life | 10.93 | 133.88 |
| Hsa Er Memo | 42.31 | 465.41 |
| Basis of Pay | | Salaried |
| Associate Id | | 429454 |

## Important Notes

FOR QUESTIONS, PLEASE CONTACT THE GLOBAL HR SHARED SERVICES CENTER AT 1-877-ADP-HR11.

FOR COMMISSIONED ASSOCIATES ONLY, CLICK OR GO TO HTTPS://SALESBEACON.ADP.COM/ FOR YOUR STATEMENT.

LEGAL ENTITY: ADP INC, ONE ADP BLVD, ROSELAND, NJ 07068

## Additional Tax Withholding Information

Taxable Marital Status:
PA: Married

© 2000 ADP, Inc.

ADP, INC.
ONE ADP BLVD
ROSELAND, NJ 07068

**Advice number:** **00000210474**
Pay date: 05/22/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **NICHOLAS ROBERT ALGIER** | xxxxxx0143 | xxxx xxxx | $2,847.70 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**