UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nicholas R Algier<br>Debtor<br><br>RoundPoint Mortgage Servicing LLC as Servicer for TH MSR Holdings LLC<br>v.<br><br>Nicholas R. Algier<br>Kenneth E. West<br>Respondents | CASE NO.: 26-12924-pmm<br><br>CHAPTER 13<br><br>Judge: Patricia M. Mayer<br><br>Hearing Date:<br><br>Objection Deadline: |

**PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN**

TO THE CLERK:

Kindly withdraw the Objection to Confirmation of Plan filed by Creditor, RoundPoint Mortgage Servicing LLC as Servicer for TH MSR Holdings LLC on August 20, 2026, at Docket 22. Said Objection to Confirmation of Plan has been resolved by Debtor's Amended Plan filed on August 20, 2026, at Docket 24.

Dated: October 14, 2026

By: /s/ Lauren M. Moyer
Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for RoundPoint Mortgage Servicing LLC
as Servicer for TH MSR Holdings LLC
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nicholas R Algier<br>Debtor<br><br>RoundPoint Mortgage Servicing LLC as Servicer for TH MSR Holdings LLC<br>v.<br><br>Nicholas R. Algier<br>Kenneth E. West<br>Respondents | CASE NO.: 26-12924-pmm<br><br>CHAPTER 13<br><br>Judge: Patricia M. Mayer<br><br>Hearing Date:<br><br>Objection Deadline: |

**CERTIFICATE OF SERVICE OF PRAECIPE TO WITHDRAW**

I certify under penalty of perjury that I caused to be served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 12, 2026.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail and electronic notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: October 14, 2026

By:

Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for RoundPoint Mortgage Servicing LLC
as Servicer for TH MSR Holdings LLC
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

## SERVICE LIST

**Service by Regular Mail**

Nicholas R. Algier
86 King Way
Royersford, PA 19468

**Service by NEF**

Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee

Michael A. Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Attorney

United States Trustee
Robert N.C. Nix Federal Building, 900 Market Street , Suite 320
Philadelphia, PA 19107
United States Trustee